FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 24  PM 2:18

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DOUGLAS HAWTHORNE, SR., ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-2007** |
| **UNITED STATES OF AMERICA, ET AL** | **SECTION "M" (3)** |

## O R D E R

The Court, after considering the record, the applicable law, and the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiffs have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation, and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the complaint of *pro se* plaintiffs, Douglas Hawthorne, Sr. and Lorrine Adamore, is hereby DISMISSED FOR FAILURE TO PROSECUTE.

New Orleans, Louisiana, this 24th day of Aug., 2005.

_____
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____